IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



LILIANA C. VITULLO, *et al.*,
    Plaintiffs,

v.                         No. 1:09cv614

DANIEL J. MANCINI, d/b/a Mancini
& Associates, *et al.*,
    Defendants.

## ORDER

The matter came before the Court on defendant Green Tree Servicing, LLC's motion to dismiss Count XIV of the second amended complaint.

For the reasons stated from the Bench, which reasons will be further elucidated in a forthcoming Memorandum Opinion, and for good cause,

It is hereby **ORDERED** that defendant's motion to dismiss (Doc. 39) is **GRANTED** and that Count XIV is **DISMISSED** from the second amended complaint.

The Clerk is directed to send a copy of this order to all counsel of record.

Alexandria, Virginia
January 29, 2010

                                              /s/
                                  T. S. Ellis, III
                                  United States District Judge